

# Wordsmith Reporting

**Kaetheryne B. Kyriell, CSR**
**PO Box 3802**
**Bryan, Texas 77805**

**Cell Phone: (979) 571-3720**
**Fax: (979) 314-7135**
**E-mail: kkyriell@gmail.com**

FILED IN
9th COURT OF APPEALS
BEAUMONT, TEXAS
12/11/2017 8:00:00 AM
CAROL ANNE HARLEY
Clerk

December 9, 2017

Carol Anne Harley, Clerk of Court
Ninth Court of Appeals
1001 Pearl St., Suite 330
Beaumont, TX 77701-3552

> RE: Trial Court Cause No. 16-09-10238-CV;
> Ninth Court of Appeals Case No. 09-17-00444-CV;
> *Kristin D. Wilkinson v. Commission for Lawyer Discipline*;
> 284th District Court, Montgomery County, Texas

Hon. Carol Anne Harley,

In reference to this reporter's record, I am the court reporter who took the jury trial in this matter. It's my understanding that there are three other court reporters that also have hearings that have been designated.

I wanted to advise the court that although Ms. Wilkinson has previously in the past requested estimates of cost for various portions of my record and I have advised her those estimates, no other payment arrangements have been made with me. I also am not aware at this time of payment arrangements with any of the other reporters for their portions.

To assist Ms. Wilkinson in making payment arrangements, I will be preparing an invoice and transmitting it to Ms. Wilkinson for the amount of the cost of the preparation of my part of the reporter's record now that I have received the designation of record from the official court reporter of the 284th District Court. It's my belief the other reporters are communicating with Ms. Wilkinson regarding payment arrangements as well.

With regard to the designation of the reporter's record, Ms. Wilkinson requested that the original hard copies of the exhibits be substituted in lieu of copies of the exhibits. Since the reporter's record is to be transmitted to

the appellate court electronically, I do not believe I can transmit the original hard copies through the TAMES portal.  It's my belief that I will have to take the original hard copies of the exhibits and reduce them into an electronic format to be able to include them in the reporter's record for this matter.  I will be including the cost of the production of the exhibits into electronic format with my invoice to Ms. Wilkinson.

Because of having just recently receiving the designation of the reporter's record and payment arrangements not having been made, I would ask for a 30-day extension.

If I can be of further assistance in this matter or you have any questions, please don't hesitate to contact me.

Sincerely,


Kaetheryne Kyriell, CSR



cc: Kristin Wilkinson via email:  kristinwilkinson@use.star1mail.com
     Shannon Saucedo via email:  ssauceda@texasbar.com
     Robin Cooksey, CSR, via email:  robinm.cooksey@mctx.org
     Graciela Caka, CSR, via email:  graciela.caka@mctx.org
     Ken Cramer, CSR, via email:  ken2.1cramer@gmail.com